JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for AVEDA EXPERIENCE CENTERS, INC. erroneously sued herein as AVEDA STORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRIDIANA QUEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>AVEDA STORE AND DOES 1 to 50,<br><br>Defendants. | Case No. 22-7462<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>Los Angeles County Superior Court Case Number 22STLC05958<br><br>Action Filed:   September 13, 2022<br>Trial Date:     March 12, 2024 |

70080574v1

NOTICE OF REMOVAL OF ACTION

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant AVEDA EXPERIENCE CENTERS, INC. ("**Defendant**") hereby removes to this Court the state court action described below.

## I. FILING AND SERVICE OF THE COMPLAINT

1. On September 13, 2022, Plaintiff VIRIDIANA QUEVEDO ("**Plaintiff**") filed a Complaint (the "**Complaint**") in the Superior Court of California for the County of Los Angeles, thereby commencing a lawsuit, entitled *Viridiana Quevedo v. Aveda Sore*, Los Angeles Superior County Case No. 22STLC05958 (the "**State Court Action**").

2. Defendant has not been properly served with the Complaint. Attached hereto as **Exhibit 1** are true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action. Defendant has not yet responded to the Complaint. Other than fictitiously named defendants, there are no other named defendants.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION

3. Defendant is entitled to remove the State Court Action to this Court because it is a civil action brought in a state court which is being removed to the District Court for the District where the action is pending, and over which this Court has original jurisdiction because the State Court Action asserts a claim arising under the laws of the United States. *See* 28 U.S.C. §§ 1331, 1441(a). Specifically, the Complaint in the State Court Action asserts claims for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*.

## III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of

the Complaint in the State Court Action, which was the paper from which it could first be ascertained that the case is one which is or has become removable.

5. In compliance with 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of this Notice of Removal to all adverse parties and file a copy with the clerk of court in the State Court Action.

6. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

## IV. CONCLUSION

Defendant respectfully requests that this action be removed from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California.

DATED: October 13, 2022        JEFFER MANGELS BUTLER & MITCHELL LLP
                               MATTHEW S. KENEFICK

                               By: _____
                                   MATTHEW S. KENEFICK
                                   Attorneys for AVEDA EXPERIENCE
                                   CENTERS, INC.

70080574v1

3
NOTICE OF REMOVAL OF ACTION